# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

Andrew Rashaun Adams

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Amy Ficklin DeBrota

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:25-cv-00426-TWP-CSW
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR A CIVIL CASE

**Demand for Jury Trial** ☐ **Yes** ☑ **No**

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



34268-000001-02-21-00-216316250

[redacted]



## I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S. Code § 4101

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual:

The plaintiff, *(name)*__________, is a citizen of the State of *(name)*__________, OR is a citizen of *(foreign nation)*__________

b. If the plaintiff is a corporation, partnership, or other entity:

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)*__________, and has its principal place of business in the State of *(name)*__________.

Or is incorporated under the laws of *(foreign nation)*__________, and has its principal place of business in *(name)*__________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*



34268-000001-03-21-00-216316250

2. The Defendant(s)

a. If the defendant is an individual:

The defendant, *(name)*____________________, is a citizen of the State of *(name)*____________________, OR is a citizen of *(foreign nation)*____________________.

b. If the defendant is a corporation, partnership, or other entity:

The defendant, *(name)* ____________________ , is incorporated under the laws of the State of *(name)*____________________, and has its principal place of business in the State of *(name)*____________________.

Or is incorporated under the laws of *(foreign nation)*____________________, and has its principal place of business in *(name)*____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

________________________________________

________________________________________

________________________________________

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Andrew Rashaun Adams |
| Street Address | 483 Cobblestone Rd |
| City and County | Avon |
| State and Zip Code | IN 46123 |
| Telephone Number | +1 (708) 513-1743 |
| E-mail Address | adamsa2022@gmail.com |

[redacted]



**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Amy Ficklin DeBrota |
| Job or Title *(if known)* | The DeBrota Law Firm LLC |
| Street Address | 1389 W 86th St #261 |
| City and County | Indianapolis |
| State and Zip Code | IN 46260 |
| Telephone Number | (317) 848-5555 |
| E-mail Address *(if known)* | amy@debrotalaw.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |



34268-000001-05-21-00-216316250

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Since August 25, 2023 at 5:35AM in the morning. United States v. McDaniel, 2:17-CR-110-APG-DJA (D. Nev. Mar. 14, 2024). I have sent Amy Ficklin DeBrota from The DeBrota Law Firm LLC an email message regarding to a transgender legal name and gender marker changes. In re Name Change of A.L., 81 N.E.3d 283 (Ind. App. 2017). Ok, in my first email message, I were introducing Ms. DeBrota myself with my full name and gender static including being uindy student. Now, I were sending her an email is because I wanted to request to changes names and gender. In re Name & Gender Change of R.E., 142 N.E.3d 1045 (Ind. App. 2020). So, I had explained to her that I wanted to changed my names and gender is because I were trying to be enrolled in women-only college called "Stephens College" in Columbia, Missouri. Law v. Law, No. M2006-00433-COA-R3-CV (Tenn. Ct. App. Oct. 26, 2007). I explained to her what Stephens College is and I told her that Stephens College only accept women, but not all men, because Stephens College is all-women school. Second paragraph, I were telling her that I originally told that I June 5, 2023. Jackson v. Inhabitants of Town of Searsport, 456 A.2d 852 (Me. 1983). Lastly third paragraph, I were telling her that I want my first name to be Andrea, then my middle name to be Rashauna, then my last to be Adamina and gender to be a female. At 11:30AM in the morning, she replied back to me with three questions. First question is "Are you transgender?" Second question is "Do you have gender dysphoria?" Lastly third question is "is this just to get into this college?" She told me that if it's the latter, she not interested in assisting me. After I have answered her three questions with two answers of "no's" and one answer of "yes", she told me that isn't interested in helping me. Also, she told me that she think that I like to do is dishonest and frankly harmful to trans people that she want to part of it, that what she said in that email message. Amy DeBrota from The DeBrota Law Firm LLC has accused me of dishonest and frankly harm people who are transgender after telling me that I won't assist me, just because I I'd like to do is dishonest and frankly harmful to trans people after telling me that she not interested in helping me, she is marking me as a transphobic. Hey, I have papers of evidences to show you proof of Gmail messages. Todd v. JB For Governor, 19 C 00392 (N.D. Ill. Aug. 17, 2021). Williams v. Kincaid, 45 F.4th 759 (4th Cir. 2022).

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like to request a lawsuit against Amy Ficklin DeBrota from The DeBrota Law Firm LLC worth $80,000.00 for Defamation in false accusation of dishonest and harming people who are transgender. Hayes v. Facebook, Case No. 19-cv-01297-TSH (N.D. Cal. Mar. 28, 2019) In re M.E.B. 126 N.E.3d 932 (Ind. App. 2019). Yes, I want to sue Amy Ficklin DeBrota from The DeBrota Law Firm LLC $80,000.00 for accusing me of dishonest and frankly harm transgender people just because I answered her questions for two of no's and one of yes. Kneebinding, Inc. v. Howell, 2014 Vt. 51 (Vt. 2014). Before she has accused me of dishonest and frankly harm transgender, she is also refusing to take my case. St. Louis S. F. R. Co. v. Fitts, 140 P. 144 (Okla. 1914). The reason why that I'm requesting $80,000.00 from her is because it'll be a perfect lawsuit selection.



34268-000001-06-21-00-216316250

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/20/2025

Signature of Plaintiff Andrew Rashaun Adams



34268-000001-07-21-00-216316250

[redacted]

834268X1X1XPRI
Andrew Adams
483 Cobblestone Rd
Avon, IN 46123

Sent using
Docsmit
www.docsmit.com

First Class
Accepted:
2/20/25, 8:27 PM (EST-05:00)

1**************************SNGLP 480

US District Court Southern Indiana
46 E Ohio St
Indianapolis, IN 46204

**Document Information:**

20 pages in the enclosed document

20 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*

34268.000001.01.21.00.216316250