Date: 04/04/2025

To:
The Office of The Clerk
of The U.S. District Court
105 U.S. Courthouse,
46 East Ohio Street,
Indianapolis, IN 46204

From:
Andrew Rashaun Adams
483 Cobblestone Rd,
Avon, IN 46123
(708) 513-1743
adamsa2022@gmail.com
Case Number: 1:2025cv00426

## Amended Complaint

COME NOW plaintiffs Andrew Rashaun Adams and filed this Amended Complaint against Amy Ficklin Debrota in support thereof set first the following:

1. Amy Ficklin Debrota is an adult resident citizen of United States of America County, Marion, residing at The DeBrota Law Firm LLC.

2. During all the times herein mentioned, defendant Amy Ficklin Debrota was the principal member of Law firm at The DeBrota Law Firm LLC, which at the time of the misconduct hereinafter described was being unprofessional conduct by Amy Ficklin Debrota, during the email consultation of her employment for me, Andrew Rashaun Adams, with a denial case and accused and defamation for qualifications of gender marker/name change. As a result, defendant Amy Ficklin Debrota is responsible both for Assault Libel & Slander actions and conduct pursuant to the doctrine of respondent superior and for any negligence of its own.

3. On the 25 day of August, 2023, at about 5:35 a.m./p.m., the plaintiff Andrew Rashaun Adams was communicating a principal member by her in email method.

4. At said defendant Amy Ficklin Debrota has replied back to plaintiff Andrew Rashaun Adams with three questions. One is "Are you transgender?" Two is "Do you have gender dysphoria?" and three "is this just to get into this college?" Later, she state that if my case were latter, she'll not be interested in assisting plaintiff Andrew Rashaun Adams.

5. after plaintiff Andrew Rashaun Adams has replied back to defendant Amy Ficklin Debrota in email by answering defendant Amy Ficklin Debrota three questions of "Are you transgender?" Two is "Do you have gender dysphoria?" and three "is this just to get into this college?"

6. Plaintiff Andrew Rashaun Adams at all times during no response from defendant Amy Ficklin Debrota in email communication, At 5:08 a.m./p.m., plaintiff Andrew Rashaun Adams has later on received a replied back from defendant Amy Ficklin Debrota in email message, stating that defendant Amy Ficklin Debrota had nointerest in helping plaintiff Andrew Rashaun Adams. Secondly, defendant Amy Ficklin Debrota also stated that she think plaintiff Andrew Rashaun Adams like to do is dishonest and frankly harmful to trans people. Thirdly, defendant Amy Ficklin

Debrota even stated that she want to part of it. But in last sentence from email, defendant Amy Ficklin Debrota meant to say defendant Amy Ficklin Debrota doesn't want to be a part of it.

7. Due to defendant Amy Ficklin Debrota negligence in that she refused to give a service of gender marker/name change to him, marked him a harmful person to transgender people in false accusation, ignoring his email communication in present day.

8. Plaintiffs allege that the proximate cause of the aforementioned collision was the negligence of defendant Amy Ficklin Debrota, for which negligence she must stand responsible together with her client, jointly and severally, said negligence including, but not limited to, the following acts and omissions:

a. Terminate my case
b. Accused me of harming
c. Ignore my communication

9. Plaintiff allege that the proximate cause of the aforementioned collision was the negligence of defendant Amy Ficklin Debrota, for which negligence she must stand responsible together with her client, jointly and severally, said negligence including, but not limited to, the following acts and omissions:

a. Failure to represent case
b. Falsely accused
c. Ignored communication
d. Unprofessional conduct

10. As a result of the aforesaid collision, plaintiff Andrew Rashaun Adams suffered emotional distress requiring therapy treatment, and plaintiff Andrew Rashaun Adams suffered temporary.

11. As a result of the aforesaid collision, plaintiff Andrew Rashaun Adams suffered traumatization and distress.

12. As a result of the aforesaid collision, plaintiff Andrew Rashaun Adams will continue to suffer the aforesaid damages and, further, will continue to incur therapist in the future. 13. Because of the injuries suffered in the collision by his lawyer, plaintiff Andrew Rashaun Adams has lost and been deprived of the services of his lawyer, including loss of society, companionship, consortium, and he will continue to be permanently so deprived of as a result of the injuries suffered by plaintiff Andrew Rashaun Adams.

WHEREFORE, PREMISES CONSIDERED, plaintiffs pray that defendants, Amy Ficklin Debrota be served with process of this Court, to appear and answer same, and that after due proceedings be had there be judgment herein in favor of plaintiffs and against defendants, jointly and severally, in the amount of eighty thousand Dollars ($80,000) with interest from the date of judicial demand until paid, for all costs of these proceedings and for any and all other legal and equitable relief to which they may be entitled.

And, plaintiffs pray for general relief.

I, Andrew Rashaun Adams, do hereby certify that I have this day mailed, U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing to Andrew Rashaun Adams

address;
483 Cobblestone Rd, Avon, IN 46123
THIS the 4 day of April, 2025.

848183X1X1XPRI

E

PRIORITY MAIL EXPRESS
U.S POSTAGE PAID
C2M
eVS

**PRIORITY MAIL EXPRESS®**

The Office of The Clerk
US District Court
46 E Ohio St Ste 105
Indianapolis, IN 46204-1919

**USPS SIGNATURE TRACKING # eVS**

**9281 7901 5266 1900 2185 1839 38**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. © U.S. Postal Service; February 2015; All rights reserved.

UNITED STATES POSTAL SERVICE®

February 2015
OD: 12.5 x 9.5

EMS

IF USED INTERNATIONALLY, CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

PRESS FIRMLY TO SEAL

FILED
APR 10 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS™
POSTAGE REQUIRED

PRIORITY ★ MAIL ★ EXPRESS™

This envelope is made from post-consumer waste. Please recycle - again.