Andrew Adams
483 Cobblestone Rd
Avon, IN 46123

Sent using
Docsmit
www.docsmit.com

Priority Mail Express with Signature Required
Accepted:
4/4/25, 4:31 PM (EDT-04:00)

The Office of The Clerk of the U.S. District Court
Room 105
46 East Ohio Street
Indianapolis, IN 46204 842014

**Document Information:**

3 pages in the enclosed document
3 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*