# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

1:25-cv-426-TWP-CSW

Case No. 1:25-cv-00635-JMS-MKK

*(to be filled in by the Clerk's Office)*

Andrew Rashaun Adams

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

Amy Ficklin Debrota

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## AMENDED **COMPLAINT FOR A CIVIL CASE**

**Demand for Jury Trial** ☐ **Yes** ☑ **No**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331 Fed. Question: Assault, Libel, Slander

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual:

The plaintiff, *(name)* Andrew Rashaun Adams, is a citizen of the State of *(name)* Indiana, OR is a citizen of *(foreign nation)* United States of America

b. If the plaintiff is a corporation, partnership, or other entity:

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual:

The defendant, *(name)* Amy Ficklin Debrota, is a citizen of the State of *(name)* Indiana, OR is a citizen of *(foreign nation)* United States of America.

b. If the defendant is a corporation, partnership, or other entity:

The defendant, *(name)* The DeBrota Law Firm LLC, is incorporated under the laws of the State of *(name)* Indiana, and has its principal place of business in the State of *(name)* Indiana.

Or is incorporated under the laws of *(foreign nation)* United States of America, and has its principal place of business in *(name)* The DeBrota Law Firm LLC.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I, Andrew Rashaun Adams from 483 Cobblestone Rd, Avon, IN 46123 claim for compensatory damages from defendant, Amy Ficklin Debrota at The DeBrota Law Firm LLC on 1389 W 86th St #261, Indianapolis, IN 46260 defamatory statements exceeds $80,000.00, excluding interest and court costs, the case is eligible for federal court jurisdiction based on diversity of citizenship.

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Andrew Rashaun Adams |
| Street Address | 483 Cobblestone Rd, |
| City and County | Avon |
| State and Zip Code | IN 46123 |
| Telephone Number | adamsa2022@gmail.com |
| E-mail Address | +1 (708) 513-1743 |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Amy Ficklin Debrota |
| Job or Title *(if known)* | The DeBrota Law Firm LLC |
| Street Address | 1389 W 86th St #261, |
| City and County | Indianapolis, |
| State and Zip Code | IN 46260 |
| Telephone Number | (317) 848-5555 |
| E-mail Address *(if known)* | amy@debrotalaw.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mims v. Zatecky, 1:21-cv-01169-TWP-TAB (S.D. Ind. Sep. 3, 2021). Since March 10, 2025 Hon. Tanya Walton Pratt, United States District Court Chief Judge from The Office of The Clerk of The U.S. District Court on 105 U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204 has given me an opportunity to allowed me, Andrew Rashaun Adams from 483 Cobblestone Road, Avon, Indiana 46123 to file amended complaint. Let take it from the top.

I, Andrew Rashaun Adams, residing at 483 Cobblestone Rd, Avon, IN 46123, hereby file a Statement of Claim for defamation against Amy Ficklin Debrota, residing at The DeBrota Law Firm LLC on 1389 W 86th St #261, Indianapolis, IN 46260. On August 25, 2023, at The DeBrota Law Firm LLC on 1389 W 86th St #261, Indianapolis, IN 46260, the defendant stated, 'I have no interest in helping you. I think what you'd like to do is dishonest and frankly harmful to trans people. I want to part of it.'. This statement is false because one, The DeBrota Law Firm LLC on 1389 W 86th St #261, Indianapolis, IN 46260, does help clients changed their names and gender marker. Two, I don't dishonest and frankly harmful to trans people, because as a homosexual male, I don't discriminate transgender including sexual orientations and lastly three, Amy Ficklin Debrota last sentence wasn't syntax that she were trying state that she doesn't want making further defamatory statements and award me damages in the amount of $80,000 to compensate for the harm caused. Hayes v. Facebook, Case No. 19-cv-01297-TSH (N.D. Cal. Jul. 3, 2019).

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I, Andrew Rashaun Adams as plaintiff seeks compensatory damages of $80,000.00 for actual losses, including Emotional Distress such as emotional distress, public humiliation, and punitive damages of $80,000.00 due to the defendant's punishment and deterrence of like conduct by the wrongdoing as well as an injunction to prevent further harm. The alleged wrongs are continuing because Amy Ficklin Debrota is ignoring my communication. WHEREFORE, Andrew Rashaun Adams as Plaintiff demands judgment against Amy Ficklin Debrota as Defendant in the amount of $80,000, plus interest, costs, and attorney's fees. COLóN v. DiAZ-GONZáLEZ, CIVIL NO. 04-2371 (SEC) (D.P.R. Oct. 26, 2009). The reasons of why I claim I am entitled $80,000 is because there were another client who requested $80,000 for defamation. Hayes v. Facebook, Case No 19-cv-01297-TSH (N.D. Cal. Mar. 28, 2019). Hayes seeks $80,000 in damages for his inability to get a grant

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/21/2025

Signature of Plaintiff Andrew Rashaun Adams

842905X2X1XPM
Andrew Adams
483 Cobblestone Rd
Avon, IN 46123

Sent using
Docsmit
www.docsmit.com

First Class
Accepted:
3/21/25, 12:41 PM (EDT-04:00)

1*************************SNGLP 480

The Office of The Clerk of The U.S. Dist
105 U S Courthouse
46 E Ohio St
Indianapolis, IN 46204

**Document Information:**

6 pages in the enclosed document

6 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*

Presorted
First-Class Mail
U.S. Postage Paic
C2M LLC
22202

FILED

APR 0 1 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA